*STATE EX REL. FANNING V. CUYAHOGA CO. (COMRS. ET AL.)

1. SECTION 2834, REV. STAT., MANDATORY.

Section 2834, Rev. Stat., in relation to the transfer of special tax or loan to general fund, is mandatory and is a condition precedent to be complied with before the board of county commissioners can make a lawful contract; and the certificate required by sec. 2834b, Rev. Stat., as to money being in treasury, is as much a condition precedent as is the fact that the funds are provided.

2. PETITION MUST SHOW CERTIFICATE.

In a suit on such a contract, a failure to aver that the certificate was made, is fatal to the action and judgment on the pleadings should be granted.

APPEAL from the Court of Common Pleas of Cuyahoga county.

CALDWELL, J.

Section 2834, Rev. Stat., is mandatory and is made condition precedent to be complied with before the board of county commissioners can make a lawful contract, and the certificate is as much a condition precedent as is the fact that the funds are provided. As the certificate is not averred to have been made, the petition stands confessed that none was made, and without it the contract has no validity.

The motion for judgment on the pleadings is granted.